IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| NORTHEAST IOWA ETHANOL, L.L.C., an Iowa Limited Liability Company | ) ) ) | |
| Plaintiff, | ) ) | No. **C 03-2021** |
| vs. | ) ) ) | JUDGMENT IN A CIVIL CASE |
| JERRY DRIZIN | ) ) | |
| Defendant. | ) | |

☐ *JURY VERDICT.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ *DECISION BY COURT*: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT plaintiff shall recover of the defendant the sum of Eleven Million Four Hundred Thousand Dollars ($11,400,000.00) with costs.
Pre-judgment interest on the Three Million Eight Hundred Thousand Dollars ($3,800,000.00) in compensatory damages shall run from November 13, 2001, at the rate provided by Iowa law for tort judgments. Post judgment interest shall run on the entire award.

Dated: February 8, 2006

PRIDGEN J. WATKINS
Clerk

*Dianne Loeland*

(By) Clerk

Book #

Page #