# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| NORTHEAST IOWA ETHANOL, L.L.C.<br><br>   Plaintiff,<br><br>vs.<br><br>GLOBAL SYNDICATE INTERNATIONAL, INC., a Nevada Corporation, and DORCHESTER ENTERPRISES, INC.,<br><br>   Defendants. | No. C03-2021<br><br>**ORDER** |

## I. BACKGROUND

On February 13, 2006, Chief Magistrate Judge John A. Jarvey issued a Report and Recommendation (docket no. 90) concerning Plaintiff Northeast Iowa Ethanol, L.L.C.'s requests for default judgment against Defendants Global Syndicate International, Inc. and Dorchester Enterprises, Inc. Magistrate Judge Jarvey recommended that (1) judgment be entered in favor of Plaintiff Northeast Iowa Ethanol, L.L.C. and against Global Syndicate International, Inc. in the amount of $11.4 million; (2) judgment be entered in favor of Plaintiff Northeast Iowa Ethanol, L.L.C. and against Dorchester Enterprises, Inc. in the amount of $3.8 million; and (3) pre-judgment interest on the compensatory damage awards ($3.8 million) shall accrue from November 13, 2001, at the rate provided by Iowa law for tort judgments, and that the judgment include post-judgment interest and costs as provided by law.

No objections to the Report and Recommendation were filed.

## II. ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, neither party has filed objections to Magistrate Judge Jarvey's Report and Recommendation, and the time for doing so has passed. *See id.* (giving parties ten days to file objections). It appears to the court upon review of Magistrate Judge Jarvey's findings and conclusions that there is no ground to reject or modify them. The Court therefore **ADOPTS** Magistrate Judge Jarvey's Report and Recommendation of February 13, 2006.

Accordingly, **IT IS THEREFORE ORDERED THAT:**

(1) judgment be entered in favor of Plaintiff Northeast Iowa Ethanol, L.L.C. and against Global Syndicate International, Inc. in the amount of $11.4 million;

(2) judgment be entered in favor of Plaintiff Northeast Iowa Ethanol, L.L.C. and against Dorchester Enterprises, Inc. in the amount of $3.8 million; and

(3) pre-judgment interest on the compensatory damage awards ($3.8 million) shall accrue from November 13, 2001, at the rate provided by Iowa law for tort judgments, and that the judgment include post-judgment interest and costs as provided by law.

**IT IS SO ORDERED.**

DATED this 1st day of March, 2006.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA